UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

JERMAINE MAURICE FRANKLIN, JR.,       Case No. 21-20657-dob
                                                        Chapter 7 Proceeding
        Debtor.                                  Hon. Daniel S. Opperman
_____/

### ORDER GRANTING MOTION TO DISMISS OF MARK HAAK

For the reasons stated in this Court's contemporaneous Opinion on Remand Regarding Motion To Dismiss of Mark Haak;

WHEREFORE, IT IS HEREBY ORDERED that the Chapter 7 bankruptcy proceeding of Jermaine Maurice Franklin, Jr. is DISMISSED.

**Signed on September 15, 2025**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**